FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 FEB 19 PM 4:56

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __18 CV 02917 GPG__
(To be supplied by the court)

__Bowles__, Plaintiff

v.

__Estes Park police department__,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

EVERETT Bowles  2750 NoTAIAH RD Estes Park Co 80517
(Name and complete mailing address)

970 646 5836  MAVERICK08102k6@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."

Defendant 1: Estes Park Police department
(Name and complete mailing address)

970 586 4000
(Telephone number and e-mail address if known)

Defendant 2: G Copenhagen Jr
(Name and complete mailing address)

970 586 4000
(Telephone number and e-mail address if known)

Defendant 3: Corey Richards
(Name and complete mailing address)

970 586 4000
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 USC 1983 - STATE CREATED DANGER / section 4.11.2

HR 1680 114. Spoilage of evidence

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_.

If Defendant 1 is an individual, Defendant 1 is a citizen of _Colorado_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _Colorado_ (name of state or foreign nation).

Defendant 1 has its principal place of business in _Colorado_ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Estes Park Police Created dangerous situation causing harm

Supporting facts:

On the night of November 14 2016 Estes police responded to the home of Mr Bowles. The officers failed to provide equal justice showing deliberate indifference against Mr Bowles & the requests made. The officers Both Filsinger & Richards knew of the threat Ms. Debey posed as well as her legal status at the time. Mr. Bowles had gone to the Estes Park Police before this happened asking Filsinger what to do in the situation Ms. Debey was drunk & violent. Even with this prior knowledge Filsinger allowed Ms. Debey to admit to crimes, commit crimes + turn over the minor infant MAB to the custody of Ms. Debey who admits to being on probation as well as intoxicated. Due to the actions of the officers ignoring the severity of the situation it caused the STATE to CREATE a Dangerous situation that led to the continued neglect + abuse of MAB by Debey. Bowles informed the officers of Debey breaking her probation + Bond by drinking. The officers failed to protect MAB from harm actually creating a situation + allowing Debey to further neglect and abuse MAB. Bowles requested medical aid due to this situation making him attempt suicide in the jail. Filsinger's comments of Debey taking MAB to Washington caused this. Richards & Filsinger allowed Bowles to be isolated + taken of clothing. Upon this torture Bowles began hitting his head on the block concrete + got eventually causing permanent Damage to his skull & Brain. Officers offered failed to adequately respond, or do anything during a suicide attempt in their care while knowing Mr Bowles had a history of activity disorder yet allowed harm

CLAIM TWO: __HR 1680 - 114th__

Supporting facts:

- There is missing footage from the incident.
- Officer Filsinger ~~a officer~~ had access to the worn body camera footage without documented use.
- The squad cars & ~~footage~~ of inmates isn't returned, stored or deleted properly
- Estes Park Police have a history of "Losing Footage" or not having functing cameras in times of question

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff requests a change of EPPD policy on Body Cam Footage, at Risk adults + prevention of Self harm, + Better policy on protecting Children from situations caused by officers that are forseeable rather than letting more damage be done.

Plaintiff also requests monetary Relief in the form of Damages both from the state created & enhanced danger in the form of 2,000,000 (2 million dollars) or what the courts find to be fair for the neglect and abuse caused by officers indirectly

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1/14/2019
_____
(Date)

(Revised December 2017)

# WHERE TO GET HELP

| | |
|---|---|
| American Civil Liberties Union | 303/777-5482 |
| Catholic Immigration Services<br>(immigration and deportation only) | 303/742-0828 |
| Colorado Bar Association website | www.cobar.org |
| Colorado Legal Services<br>(formerly Legal Aid Society)<br>    Denver<br>    Fort Collins<br>    Colorado Springs | <br><br>303/837-1313<br>970/493-2891<br>719/471-0380<br>www.coloradolegalservices.org |
| The Legal Center<br>(physically challenged only) | 303/722-0300<br>www.thelegalcenter.org |
| Law Line 9<br>(legal advice only Wednesdays 4:15-6:30 p.m.) | 303/698-0999 |
| Metropolitan Lawyer Referral Service | 303/831-8000<br>www.cobar.org/mlrs/ |

(Rev. 8/30/07)

# PLAINTIFF'S CHECKLIST

| | |
|---|---|
| \_\_\_\_\_ | 1 original Civil Cover Sheet |
| \_\_\_\_\_ | 1 original Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), if the plaintiff seeks to proceed without payment of the filing fee. Each plaintiff must complete this form if there is more than one plaintiff. |
| \_\_\_\_\_ | A check, cash, or credit card payment in the amount of $400.00, if the plaintiff does not seek to proceed without payment of the filing fee. |
| ✓ | Complaint<br>1 original<br>1 copy for the plaintiff's records |
| \_\_\_\_\_ | 1 Notice of Lawsuit and Request for Waiver and Service of Summons for each defendant (if the defendant is a nongovernmental individual or corporation) |
| \_\_\_\_\_ | 2 copies of Waiver of Service of Summons for each defendant |
| \_\_\_\_\_ | 2 original Summons in a Civil Action for each defendant |

(Rev. 8/24/15)